IN THE SUPREME COURT OF THE STATE OF NEVADA

G2 VENTURES, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                              Appellant,
vs.
TWINROCK PARTNERS, LLC, A
CALIFORNIA LIMITED LIABILITY
COMPANY,
                              Respondent.

No. 70176

**FILED**

SEP 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees.[1] NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
       Robert F. Saint-Aubin, Settlement Judge
       Marquis Aurbach Coffing
       The Wright Law Group
       Eighth District Court Clerk

---

[1]Given this dismissal, we will take no action on the motion to dismiss filed July 8, 2016.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-28219